UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TIMOTHY JOHNSON,
on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

TOROSIAN TECH SERVICES, INC., *et. al.*

      Defendants

Case No. 22-cv-154

## [PROPOSED] ORDER

Pursuant to the Parties' Joint Motion for Court Approval of Settlement and Dismissal with Prejudice (ECF No. 16), IT IS HEREBY ORDERED THAT:

1. The Settlement and Release Agreement filed as Exhibit A (ECF No. 16-1) to the Parties' Joint Motion for Court Approval of Settlement and Dismissal With Prejudice is a fair and reasonable resolution of a *bona fide* wage dispute and is approved in its entirety; and

2. This case is dismissed with prejudice and without further costs to either party.

Dated this _____ day of _____ 2022 at Milwaukee, Wisconsin.

                                            BY THE COURT:

                                            Hon. Pamela Pepper
                                            District Court Judge